# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2018

## NO. 03-17-00809-CV

### Texas Department of Public Safety, Appellant

### v.

### L. V., Appellee

### APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the order of expunction signed by the trial court on July 14, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order of expunction and remands the case to the trial court for a new hearing. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.